Slip Op. No. 22-139

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNIVERSAL TUBE AND PLASTIC INDUSTRIES, LTD., THL TUBE AND PIPE INDUSTRIES LLC, AND KHK SCAFFOLDING AND FRAMEWORK LLC,** | |
| Plaintiffs, | |
| v. | **Before: Timothy C. Stanceu, Judge** |
| **UNITED STATES,** | **Court No. 20-03944** |
| Defendant, | |
| and | |
| **WHEATLAND TUBE COMPANY,** | |
| Defendant-Intervenor. | |

## JUDGMENT

Before the court are the Final Results of Redetermination Pursuant to Court Remand (Oct. 13, 2022), ECF Nos. 57 (conf.), 58 (public) ("Remand Redetermination"), which the International Trade Administration, U.S. Department of Commerce ("Commerce") issued in response to the court's Opinion and Order in *Universal Tube and Plastic Industries, Ltd. v. United States*, 46 CIT __, 586 F. Supp. 3d 1312 (2022).

Neither the plaintiffs nor the defendant-intervenor submitted comments to the court on the Remand Redetermination and, therefore, have raised no objection to this decision.

Upon review, the court has determined that the Remand Redetermination complies with the court's prior Opinion and Order.

Therefore, upon consideration of the Remand Redetermination and all other papers and proceedings herein, and upon due deliberation, it is hereby

**ORDERED** that the Remand Redetermination be, and hereby is, sustained; and it is further

**ORDERED** that the entries of merchandise that are at issue in this litigation shall be liquidated in accordance with the final and conclusive court decision in this action.

/s/ Timothy C. Stanceu  
Timothy C. Stanceu, Judge

Dated: December 8, 2022  
New York, New York